JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**GARLAND HORTON**,

Plaintiff,

vs.

**SAN MARTIN CORPORATION INC.; RUFINO V VALDEZ, AS TRUSTEE OF THE RUFINO VIDAL VALDEZ REVOCABLE LIVING TRUST**; and DOES 1 to 10,

Defendants.

Case No.: **2:26-cv-06623-FMO (DSRx)**

**ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION**

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction as to settlement up until October 21, 2026.

IT IS SO ORDERED.

DATED: September 21, 2026

/s/
Fernando M. Olguin
U.S. District Judge